Circuit Court of the United States in & for the County of Michilimackinac

John Drew vs ⎱ July Term 1827.
Enos Cutler ⎰

Sir,

You will please take notice, that I have sued out of the Supreme Court of the Territory of Michigan, a writ of error, returnable to the next December Term of said Court, to remove the record & proceedings of the judgment in the Above entitled suit from the Circuit Court of the United States in & for the County of Michilimackinac.

Yours &c

Detroit ⎱
Sept$^r$ 20. 1828 ⎰

Enos Cutler   Def$^t$ in the Above entitled suit, and plff in error by ——
COLE & PORTER his att$^s$

To    John Drew Esq ⎱
     plff. in above suit & ⎰
        Def$^t$ in error

Wayne County Ss.

Augustin Walker being duly sworn, says, that on the 11th (eleventh) day of October A.D. 1828, he delivered to John Drew Esquire at Michilimackinac, a true copy of the above notice.

Sworn the 16 day of October ⎱
—— 1828, before me ⎰
    MELVIN DORR
    Chief Justice W. C. Court

A WALKER